UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                  :
SECURITIES AND EXCHANGE COMMISSION,                               :
                                                                  :
                              Plaintiff,                          :
                                                                  :          26 Civ. 3213 (JPC)
                 -v-                                              :
                                                                  :          ORDER
RAKESH AHUJA,                                                     :
                                                                  :
                              Defendant.                          :
                                                                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the Complaint, Dkt. 1, the parties' proposed final judgment, Dkt. 5, Defendant's consent, Dkt. 5-1, and the Government's letter seeking approval of the proposed final judgment, Dkt. 6.  By May 7, 2026, the parties shall advise the Court why the proposed final judgment satisfies the factors set out by *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294-95 (2d Cir. 2014), including whether their request for injunctive relief is in the public interest consistent with the *eBay* factors, *see id.* at 296; *see also eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006).  The parties may state their positions in separate letters or in a joint letter.

SO ORDERED.

Dated: April 23, 2026                        _____
       New York, New York                              JOHN P. CRONAN
                                                    United States District Judge